**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 53 EAL 2022

Respondent                :

                                     :   Petition for Allowance of Appeal
                                     :   from the Order of the Superior Court

v.                           :

                                     :

MARCUS MCCLENNAN,             :

                                     :

Petitioner               :

## ORDER

**PER CURIAM**

     **AND NOW**, this 3rd day of August, 2022, the Petition for Allowance of Appeal is **DENIED**.